**No. 54344.**—Becker Mayer Seed Co., Inc., and Charles T. Wilson Company v. United States, protests 136595–K and 144072–K (New York).

Opinion by CLINE, J. In accordance with stipulation of counsel that the merchandise consists of laurel leaves similar to those the subject of *The Levy & Levis Co., Inc.* v. *United States* (23 Cust. Ct. 8, C. D. 1180), the claim of the plaintiffs was sustained.

**No. 54345.**—Traders Service Corporation v. United States, protest 153173–K (New York).

Opinion by CLINE, J. An examination of the record disclosing that the protest was not filed within the prescribed time, as required by section 514, Tariff Act of 1930, the motion to dismiss was granted.